608

cuit Court of Appeals for the Second Circuit denied. *Messrs. H. Dorsey Spencer* and *Cyril A. Soans* for petitioner. *Mr. Walter W. Burns* for respondent.

No. 106. VAN SENDEN ET AL. *v.* O'BRIEN ET AL., ADMINISTRATRICES. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Webster Ballinger* for petitioners. *Mr. George Francis Williams* for respondents.

No. 108. BRAMPTON WOOLEN CO. *v.* FIELD, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Henry M. Ward* and *Harry A. Fellows* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Norman D. Keller* for respondent.

Nos. 111 and 112. MORAN TOWING & TRANSPORTATION CO., INC. *v.* P. SANFORD ROSS, INC., ET AL. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioner. *Messrs. John A. Garver* and *Horace M. Gray* for respondents.

No. 113. ROSENTHAL *v.* WEST DISINFECTING CO., INC. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas Raeburn White* and *George Wharton*

*Pepper* for petitioner. *Messrs. Thomas G. Haight* and *E. Clarkson Seward* for respondent.

No. 114. OROVILLE-WYANDOTTE IRRIGATION DISTRICT *v.* RUTHERFORD. October 10, 1932. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Blair S. Shuman* and *Walter C. Fox, Jr.,* for petitioner. *Mr. Douglas Brookman* for respondent. See also 2 P. (2d) 803.

No. 115. PERRY *v.* WIGGINS. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul Bakewell, Jr.,* for petitioner. *Mr. Daniel N. Kirby* for respondent.

No. 116. WESTMORELAND SPECIALTY Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 117. McCLURE, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whit-*